| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Maxwell Louis Parcells** | Social Security number or ITIN   **xxx–xx–2022** |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Ashley Kendall Parcells** | Social Security number or ITIN   **xxx–xx–5974** |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Northern District of Texas** | | Date case filed for chapter  **7   11/23/20** |
| Case number:   **20–43571–mxm7** | | |

Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline     12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read all pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | | About Debtor 2: |
|---|---|---|---|---|
| 1. | **Debtor's full name** | Maxwell Louis Parcells | | Ashley Kendall Parcells |
| 2. | **All other names used in the last 8 years** | | | fka Ashley Kendall Vander–Heyden |
| 3. | **Address** | 3053 Wakecrest Drive<br>Fort Worth, TX 76108 | | 3053 Wakecrest Drive<br>Fort Worth, TX 76108 |
| 4. | **Debtor's attorney**<br>Name and address | Lindsay Daniel Steele<br>Steele Law Firm, PLLC<br>3629 Lovell Avenue, Suite 100<br>Fort Worth, TX 76107 | | Contact Phone: (682) 231–0909<br><br>Email: lsteele@steelebankruptcy.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Laurie Dahl Rea<br>777 Main Street, Suite 1550<br>Fort Worth, TX 76102 | | Contact Phone: (817) 877–4224<br><br>Email: trusteelaurierea@gmail.com |

**For more information, see page 2 >**

Debtor  **Maxwell Louis Parcells**  and  **Ashley Kendall Parcells**                    Case number **20–43571–mxm7**

| 6. | **Bankruptcy clerk's office** | 501 W. Tenth Street<br>Fort Worth, TX 76102 | Hours open:<br>Mon.–Fri. 8:30–4:30 |
|---|---|---|---|
| | Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at <u>www.pacer.gov</u>. | | Contact Phone: 817–333–6000<br><br>Date: 11/24/20 |

| 7. | **Meeting of creditors** | **January 15, 2021 at 09:00 AM**<br><br>**<u>BY TELEPHONE</u>**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Trustee:  **Laurie Dahl Rea**<br>Toll free number:  **877–939–6318**<br>Alternate number:   **203–607–1862**<br>Participant Code:  **9850450** |
|---|---|---|---|
| | Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | | |

**Debtor attorneys will be responsible for verifying both the debtors' photo ID and the debtors' social security number on the record. If you are a pro se debtor who appears by telephone, the trustee may require that you appear at a continued meeting in order to present your proof of identification and social security number and to affirm that you were the one who testified at the telephonic meeting.**

| 8. | **Presumption of abuse** | The presumption of abuse does not arise. |
|---|---|---|
| | If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | |

| 9. | **Deadlines** | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** | **Filing deadline: 3/16/21** |
|---|---|---|---|
| | The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br><br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |

| 10. | **Proof of claim** | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. |
|---|---|---|
| | Please do not file a proof of claim unless you receive a notice to do so. | |

| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
|---|---|---|

| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at <u>www.pacer.gov</u>. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |
|---|---|---|

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                    page **2**

## <u>INFORMATION FOR THE TELEPHONIC § 341 MEETING OF CREDITORS</u>

Because of developing issues with the COVID−19 virus and the national declaration of emergency by the President of the United States, § 341 Meetings of Creditors (?Meetings?) will be conducted telephonically. The telephone call in numbers and participant code are found on the enclosed Notice.

**<u>Additional Dial−In Information:</u>**

(1) You must use a touch−tone phone to participate.

(2) <u>Landline preferred</u>. If you have a choice, use a landline phone, instead of a cell phone. Do not use a speaker phone.

(3) Dial the call−in number and then enter the participant code, which consists of 7 numbers and is followed by a # sign. Immediately place your phone on mute.

(4) Make the call from a quiet area where there is as little background noise as possible.

(5) As more than one Meeting will be held during this period, listen for your case to be called. When your case is called, unmute your phone and identify yourself.

(6) When speaking during your case, identify yourself.

(7) Do not put the phone on hold at any time after the call is connected.

(8) If any party is attending the Meeting from the same location as another party, use separate touch−tone phones to participate.

(9) Once the case Meeting is finished, hang up.

(10) If you become disconnected before your Meeting is finished, call back.

**<u>Bankruptcy Documents:</u>**

Debtors should have their bankruptcy documents available in the event there are questions about the information in the documents.

**<u>Recording:</u>** The Meetings will be recorded by the trustee or United States Trustee.

United States Bankruptcy Court

Northern District of Texas

| | |
|---|---|
| In re: | Case No. 20-43571-mxm |
| Maxwell Louis Parcells | Chapter 7 |
| Ashley Kendall Parcells | |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| District/off: 0539-4 | User: skerr | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Nov 24, 2020 | Form ID: 309A | Total Noticed: 48 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 26, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Maxwell Louis Parcells, Ashley Kendall Parcells, 3053 Wakecrest Drive, Fort Worth, TX 76108-8900 |
| 19249625 | | Baylor Scott & White Medical Center - Tr, Attn: Billing, 2850 East, TX-114, Trophy Club, TX 76262 |
| 19249628 | + | CCC Restoration, CO Chad Davis, PO BOX 174052, Arlington, TX 76003-4052 |
| 19249633 | + | Comenity-Carter, Attn: Bankruptcy, PO Box 183043, Columbus, OH 43218-3043 |
| 19249637 | + | Costco Anywhere Visa Card, Attn: Bankruptcy, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 19249639 | + | E. Aaron Cartwright III, 1309B W Abram Street No. 200, Arlington, TX 76013-1790 |
| 19249640 | + | Fed Loan Servicing, Attn: Bankruptcy, PO Box 69184, Harrisburg, PA 17106-9184 |
| 19249648 | + | Mnet Financial, 95 Argonaut, Suite 200, Aliso Viejo, CA 92656-4147 |
| 19249651 | + | PennyMac Loan Services, LLC, Attn: Correspondence Unit, PO Box 514387, Los Angeles, CA 90051-4387 |
| 19249653 | + | Reliant Cap, 750 Cross Pointe Rd, Gahanna, OH 43230-6691 |
| 19249655 | + | Steele Law Firm, PLLC, 3629 Lovell Avenue, Suite 100, Fort Worth, TX 76107-5671 |
| 19249662 | + | Tarrant Cu, 200 Taylor Street, Fort Worth, TX 76196-0208 |
| 19249663 | + | The DeGrasse Law Firm, 1800 Bering Drive No. 1000, Houston, TX 77057-3169 |
| 19249665 | + | Umb Ccprog, Attn: Bankruptcy, PO Box 419734, Kansas City, MO 64141-6734 |
| 19249666 | + | United Revenue Corp., Attn: Bankruptcy, 204 Billings Street Ste 120, Arlington, TX 76010-2495 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: lsteele@steelebankruptcy.com | Nov 24 2020 22:43:00 | Lindsay Daniel Steele, Steele Law Firm, PLLC, 3629 Lovell Avenue, Suite 100, Fort Worth, TX 76107 |
| tr | + | EDI: FLDREA | Nov 25 2020 02:58:00 | Laurie Dahl Rea, 777 Main Street, Suite 1550, Fort Worth, TX 76102-5304 |
| 19249621 | | EDI: HNDA.COM | Nov 25 2020 02:58:00 | American Honda Finance, Attn: National Bankruptcy Center, PO Box 166469, Irving, TX 75016 |
| 19249619 | + | EDI: AARGON.COM | Nov 25 2020 02:58:00 | Aargon Agency Inc, Attn: Bankruptcy, 8668 Spring Mountain Road, Las Vegas, NV 89117-4132 |
| 19249620 | + | EDI: GMACFS.COM | Nov 25 2020 02:58:00 | Ally Financial, Attn: Bankruptcy, PO Box 380901, Bloomington, MN 55438-0901 |
| 19249622 | + | EDI: AMEREXPR.COM | Nov 25 2020 02:58:00 | Amex, Correspondence-Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 19249624 | + | EDI: TSYS2.COM | Nov 25 2020 02:58:00 | Barclays Bank Delaware, Attn: Bankruptcy, PO Box 8801, Wilmington, DE 19899-8801 |
| 19249626 | + | EDI: CAPITALONE.COM | Nov 25 2020 02:58:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 19249630 | + | EDI: CITICORP.COM | Nov 25 2020 02:58:00 | Citibank, Citicorp Credit Srvs-Centralized Bk dept, PO Box 790034, St Louis, MO 63179-0034 |
| 19249631 | | EDI: CITICORP.COM | | |

| | | | |
|---|---|---|---|
| | | Nov 25 2020 02:58:00 | Citibank North America, Citibank SD MC 425, 5800 South Corp Place, Sioux Falls, SD 57108 |
| 19249632 | + EDI: WFNNB.COM | Nov 25 2020 02:58:00 | Comenity Bank-Torrid, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 19249634 | + EDI: WFNNB.COM | Nov 25 2020 02:58:00 | Comenity-VCTRSSEC, Attn: Bankruptcy, PO Box 183043, Columbus, OH 43218-3043 |
| 19249635 | + EDI: WFNNB.COM | Nov 25 2020 02:58:00 | Comenitybank-Jared, Attn: Bankruptcy, PO Box 182273, Columbus, OH 43218-2273 |
| 19249636 | + EDI: WFNNB.COM | Nov 25 2020 02:58:00 | Comenitycapital-bbbaby, Attn: Bankruptcy Dept., PO Box 182273, Columbus, OH 43218-2273 |
| 19249638 | + EDI: DISCOVER.COM | Nov 25 2020 02:58:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 19249641 | + EDI: PHINGENESIS | Nov 25 2020 02:58:00 | Genesis Bc-Celtic Bank, Attn: Bankruptcy, PO Box 4477, Beaverton, OR 97076-4401 |
| 19249642 | EDI: IRS.COM | Nov 25 2020 02:58:00 | Internal Revenue Service, Special Procedures - Insolvency, PO BOX 7346, Philadelphia, PA 19101-7346 |
| 19249629 | EDI: JPMORGANCHASE | Nov 25 2020 02:58:00 | Chase Card Services, Attn: Bankruptcy, PO Box 15298, Wilmington, DE 19850 |
| 19249644 | + Email/Text: PBNCNotifications@peritusservices.com | Nov 24 2020 22:44:00 | Kohls-Capital One, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |
| 19249646 | + Email/PDF: resurgentbknotifications@resurgent.com | Nov 25 2020 00:24:37 | LVNV Funding, LLC, PO Box 10497, Greenville, SC 29603-0497 |
| 19249645 | + Email/Text: dallas.bankruptcy@LGBS.com | Nov 24 2020 22:45:00 | Linebarger Goggan Blair & Sampson, LLP, 2323 Bryan Street, Suite 1600, Dallas. TX 75201-2637 |
| 19249649 | + EDI: NAVIENTFKASMSERV.COM | Nov 25 2020 02:58:00 | Navient, Attn: Bankruptcy, PO Box 9640, Wilkes-Barr, PA 18773-9640 |
| 19249650 | + EDI: NFCU.COM | Nov 25 2020 02:58:00 | Navy FCU, Attn: Bankruptcy, PO Box 3000, Merrifield, VA 22119-3000 |
| 19249652 | EDI: PRA.COM | Nov 25 2020 02:58:00 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502 |
| 19249654 | + Email/PDF: resurgentbknotifications@resurgent.com | Nov 25 2020 00:26:27 | Resurgent Capital Services, Attn: Bankruptcy, POB 10497, Greenville, SC 29603-0497 |
| 19249656 | + EDI: RMSC.COM | Nov 25 2020 02:58:00 | Syncb-PPC, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 19249657 | + EDI: RMSC.COM | Nov 25 2020 02:58:00 | Synchrony Bank-Care Credit, Attn: Bankruptcy Dept, PO Box 965064, Orlando, FL 32896-5064 |
| 19249658 | + EDI: RMSC.COM | Nov 25 2020 02:58:00 | Synchrony Bank-CareCredit, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 19249659 | + EDI: RMSC.COM | Nov 25 2020 02:58:00 | Synchrony Bank-Lowes, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 19249660 | + EDI: RMSC.COM | Nov 25 2020 02:58:00 | Synchrony-Ashley Furniture Homestore, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 19249664 | + Email/Text: txulec09@vistraenergy.com | Nov 24 2020 22:45:00 | TXU-Texas Energy, Attn: Bankruptcy, PO Box 650700, Dallas, TX 75265-0700 |
| 19249661 | + Email/Text: mail@tccu-tx.com | Nov 24 2020 22:45:00 | Tarrant Countys Cu, 200 Taylor Street, Fort Worth, TX 76196-0208 |
| 19249667 | + Email/Text: ustpregion06.da.ecf@usdoj.gov | Nov 24 2020 22:45:00 | United States Trustee, 1100 Commerce Street, Room 976, Dallas, TX 75242-0996 |

TOTAL: 33

District/off: 0539-4        User: skerr        Page 3 of 3

Date Rcvd: Nov 24, 2020        Form ID: 309A        Total Noticed: 48

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 19249627 | | Capital One Bank Usa N |
| 19249623 | *+ | Ashley Kendall Parcells, 3053 Wakecrest Drive, Fort Worth, TX 76108-8900 |
| 19249643 | * | Internal Revenue Service, Special Procedures-Insolvency, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 19249647 | *+ | Maxwell Louis Parcells, 3053 Wakecrest Drive, Fort Worth, TX 76108-8900 |

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 26, 2020        Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 23, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Laurie Dahl Rea | trusteelaurierea@gmail.com TX83@ecfcbis.com;ldr@trustesolutions.net |
| Lindsay Daniel Steele | on behalf of Debtor Maxwell Louis Parcells lsteele@steelebankruptcy.com |
| Lindsay Daniel Steele | on behalf of Joint Debtor Ashley Kendall Parcells lsteele@steelebankruptcy.com |
| United States Trustee | ustpregion06.da.ecf@usdoj.gov |

TOTAL: 4