**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Maxwell Louis Parcells** | Social Security number or ITIN   **xxx–xx–2022** |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Ashley Kendall Parcells** | Social Security number or ITIN   **xxx–xx–5974** |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **Northern District of Texas**

Case number:  **20–43571–mxm7**

# Order of Discharge

**12/15**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Maxwell Louis Parcells

Ashley Kendall Parcells
fka Ashley Kendall Vander–Heyden

3/18/21

**By the court:**  Mark X. Mullin
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318 **Order of Discharge** page 2

United States Bankruptcy Court

Northern District of Texas

In re:

Maxwell Louis Parcells

Ashley Kendall Parcells

    Debtors

Case No. 20-43571-mxm

Chapter 7

# CERTIFICATE OF NOTICE

| District/off: 0539-4 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Mar 19, 2021 | Form ID: 318 | Total Noticed: 52 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 21, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Maxwell Louis Parcells, Ashley Kendall Parcells, 3053 Wakecrest Drive, Fort Worth, TX 76108-8900 |
| cr | + | Ally Bank, AIS Portfolio Services, LP, 4515 N Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| 19252544 | + | Ally Bank, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 19249625 | | Baylor Scott & White Medical Center - Tr, Attn: Billing, 2850 East, TX-114, Trophy Club, TX 76262 |
| 19249628 | #+ | CCC Restoration, CO Chad Davis, PO BOX 174052, Arlington, TX 76003-4052 |
| 19249633 | + | Comenity-Carter, Attn: Bankruptcy, PO Box 183043, Columbus, OH 43218-3043 |
| 19249637 | + | Costco Anywhere Visa Card, Attn: Bankruptcy, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 19249639 | + | E. Aaron Cartwright III, 1309B W Abram Street No. 200, Arlington, TX 76013-1790 |
| 19249640 | + | Fed Loan Servicing, Attn: Bankruptcy, PO Box 69184, Harrisburg, PA 17106-9184 |
| 19249648 | + | Mnet Financial, 95 Argonaut, Suite 200, Aliso Viejo, CA 92656-4147 |
| 19249651 | + | PennyMac Loan Services, LLC, Attn: Correspondence Unit, PO Box 514387, Los Angeles, CA 90051-4387 |
| 19249653 | + | Reliant Cap, 750 Cross Pointe Rd, Gahanna, OH 43230-6691 |
| 19249655 | + | Steele Law Firm, PLLC, 3629 Lovell Avenue, Suite 100, Fort Worth, TX 76107-5671 |
| 19249662 | + | Tarrant Cu, 200 Taylor Street, Fort Worth, TX 76196-0208 |
| 19249663 | + | The DeGrasse Law Firm, 1800 Bering Drive No. 1000, Houston, TX 77057-3169 |
| 19249665 | + | Umb Ccprog, Attn: Bankruptcy, PO Box 419734, Kansas City, MO 64141-6734 |
| 19249666 | + | United Revenue Corp., Attn: Bankruptcy, 204 Billings Street Ste 120, Arlington, TX 76010-2495 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | EDI: HNDA.COM | Mar 20 2021 01:08:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 750168088 |
| cr | + | EDI: AISACG.COM | Mar 20 2021 01:08:00 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: RMSC.COM | Mar 20 2021 01:08:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 19249621 | | EDI: HNDA.COM | Mar 20 2021 01:08:00 | American Honda Finance, Attn: National Bankruptcy Center, PO Box 166469, Irving, TX 75016 |
| 19249619 | + | EDI: AARGON.COM | Mar 20 2021 01:08:00 | Aargon Agency Inc, Attn: Bankruptcy, 8668 Spring Mountain Road, Las Vegas, NV 89117-4132 |
| 19249620 | + | EDI: GMACFS.COM | Mar 20 2021 01:08:00 | Ally Financial, Attn: Bankruptcy, PO Box 380901, Bloomington, MN 55438-0901 |
| 19249622 | + | EDI: AMEREXPR.COM | Mar 20 2021 01:08:00 | Amex, Correspondence-Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |

| 19249624 | + EDI: TSYS2.COM | Mar 20 2021 01:08:00 | Barclays Bank Delaware, Attn: Bankruptcy, PO Box 8801, Wilmington, DE 19899-8801 |
| 19249626 | + EDI: CAPITALONE.COM | Mar 20 2021 01:08:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 19249630 | + EDI: CITICORP.COM | Mar 20 2021 01:08:00 | Citibank, Citicorp Credit Srvs-Centralized Bk dept, PO Box 790034, St Louis, MO 63179-0034 |
| 19249631 | EDI: CITICORP.COM | Mar 20 2021 01:08:00 | Citibank North America, Citibank SD MC 425, 5800 South Corp Place, Sioux Falls, SD 57108 |
| 19249632 | + EDI: WFNNB.COM | Mar 20 2021 01:08:00 | Comenity Bank-Torrid, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 19249634 | + EDI: WFNNB.COM | Mar 20 2021 01:08:00 | Comenity-VCTRSSEC, Attn: Bankruptcy, PO Box 183043, Columbus, OH 43218-3043 |
| 19249635 | + EDI: WFNNB.COM | Mar 20 2021 01:08:00 | Comenitybank-Jared, Attn: Bankruptcy, PO Box 182273, Columbus, OH 43218-2273 |
| 19249636 | + EDI: WFNNB.COM | Mar 20 2021 01:08:00 | Comenitycapital-bbbaby, Attn: Bankruptcy Dept., PO Box 182273, Columbus, OH 43218-2273 |
| 19249638 | + EDI: DISCOVER.COM | Mar 20 2021 01:08:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 19249641 | + EDI: PHINGENESIS | Mar 20 2021 01:08:00 | Genesis Bc-Celtic Bank, Attn: Bankruptcy, PO Box 4477, Beaverton, OR 97076-4401 |
| 19249642 | EDI: IRS.COM | Mar 20 2021 01:08:00 | Internal Revenue Service, Special Procedures - Insolvency, PO BOX 7346, Philadelphia, PA 19101-7346 |
| 19249629 | EDI: JPMORGANCHASE | Mar 20 2021 01:08:00 | Chase Card Services, Attn: Bankruptcy, PO Box 15298, Wilmington, DE 19850 |
| 19249644 | + Email/Text: PBNCNotifications@peritusservices.com | Mar 19 2021 23:12:00 | Kohls-Capital One, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |
| 19249646 | + Email/PDF: resurgentbknotifications@resurgent.com | Mar 19 2021 23:41:35 | LVNV Funding, LLC, PO Box 10497, Greenville, SC 29603-0497 |
| 19249645 | + Email/Text: dallas.bankruptcy@LGBS.com | Mar 19 2021 23:13:00 | Linebarger Goggan Blair & Sampson, LLP, 2323 Bryan Street, Suite 1600, Dallas. TX 75201-2637 |
| 19249649 | + EDI: NAVIENTFKASMSERV.COM | Mar 20 2021 01:08:00 | Navient, Attn: Bankruptcy, PO Box 9640, Wilkes-Barr, PA 18773-9640 |
| 19249650 | + EDI: NFCU.COM | Mar 20 2021 01:08:00 | Navy FCU, Attn: Bankruptcy, PO Box 3000, Merrifield, VA 22119-3000 |
| 19249652 | EDI: PRA.COM | Mar 20 2021 01:08:00 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502 |
| 19250692 | + EDI: PRA.COM | Mar 20 2021 01:08:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 19249654 | + Email/PDF: resurgentbknotifications@resurgent.com | Mar 19 2021 23:41:36 | Resurgent Capital Services, Attn: Bankruptcy, POB 10497, Greenville, SC 29603-0497 |
| 19249656 | + EDI: RMSC.COM | Mar 20 2021 01:08:00 | Syncb-PPC, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 19249657 | + EDI: RMSC.COM | Mar 20 2021 01:08:00 | Synchrony Bank-Care Credit, Attn: Bankruptcy Dept, PO Box 965064, Orlando, FL 32896-5064 |
| 19249658 | + EDI: RMSC.COM | Mar 20 2021 01:08:00 | Synchrony Bank-CareCredit, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 19249659 | + EDI: RMSC.COM | Mar 20 2021 01:08:00 | Synchrony Bank-Lowes, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 19249660 | + EDI: RMSC.COM | Mar 20 2021 01:08:00 | Synchrony-Ashley Furniture Homestore, Attn: |

| | | | | |
|---|---|---|---|---|
| | | | | Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 19249664 | + | Email/Text: txulec09@vistraenergy.com | | |
| | | | Mar 19 2021 23:13:00 | TXU-Texas Energy, Attn: Bankruptcy, PO Box 650700, Dallas, TX 75265-0700 |
| 19249661 | + | Email/Text: mail@tccu-tx.com | | |
| | | | Mar 19 2021 23:13:00 | Tarrant Countys Cu, 200 Taylor Street, Fort Worth, TX 76196-0208 |
| 19249667 | + | Email/Text: ustpregion06.da.ecf@usdoj.gov | | |
| | | | Mar 19 2021 23:13:00 | United States Trustee, 1100 Commerce Street, Room 976, Dallas, TX 75242-0996 |

TOTAL: 35

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 19249627 | | Capital One Bank Usa N |
| 19249623 | *+ | Ashley Kendall Parcells, 3053 Wakecrest Drive, Fort Worth, TX 76108-8900 |
| 19249643 | * | Internal Revenue Service, Special Procedures-Insolvency, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 19249647 | *+ | Maxwell Louis Parcells, 3053 Wakecrest Drive, Fort Worth, TX 76108-8900 |

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2021        Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 18, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Laurie Dahl Rea | trusteelaurierea@gmail.com  TX83@ecfcbis.com;ldr@trustesolutions.net;tlevario@forsheyprostok.com |
| Lindsay Daniel Steele | on behalf of Debtor Maxwell Louis Parcells lsteele@steelebankruptcy.com |
| Lindsay Daniel Steele | on behalf of Joint Debtor Ashley Kendall Parcells lsteele@steelebankruptcy.com |
| United States Trustee | ustpregion06.da.ecf@usdoj.gov |

TOTAL: 4